UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FRANKLIN PIERCE COLLEGE,

    Plaintiff

v.

DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC, and DIGERONIMO ASSOCIATES, LTD.

    Defendant

CIVIL DOCKET # 05-40121FDS

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF FRANKLIN PIERCE COLLEGE PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff Franklin Pierce College ("Franklin Pierce") hereby makes the following corporate disclosure:

1.    Franklin Pierce is a IRC 501 (c)(3) educational institution without any parent corporation or publicly held companies as shareholders.

By its attorneys

HOLLAND & KNIGHT LLP

_____
Stanley A. Martin, BBO #543957
Jeff D. Bernarducci, BBO #657454
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated: July 25, 2005

# 3083465_v1
100372.00003