AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central Division__  District of  __Massachusetts__

FRANKLIN PIERCE COLLEGE,

V.

DMA/DiGERONIMO MIKULA ASSOCIATES, LLC, and
DiGERONIMO ASSOCIATES, LTD.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 05-40121FDS

TO: (Name and address of Defendant)

DMA/DiGeronimo Mikula Associates, LLC
5 Apple Hill Road
Sturbridge, MA 01566-1223

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeff D. Bernarducci, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    9-26-05

CLERK                                                DATE

_Sherry Jones_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE October 4, 2005 |
| NAME OF SERVER (PRINT) John F Keogh | TITLE Constable as a disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify): In hand to Mr Mike Gentile as an employee of
  DMA/ DiGeromino-Mikula Associates
  5 Apple Hill  Sturbridge, MA.  01566

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 75.00 | SERVICES 40.00 | TOTAL $115.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 4, 2005
            Date

Signature of Server

36 Georganna St
Braintree, MA 02184

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.