AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central Division__   District of   __Massachusetts__

FRANKLIN PIERCE COLLEGE,

V.

DMA/DiGERONIMO MIKULA ASSOCIATES, LLC and
DiGERONIMO ASSOCIATES, LTD.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40121 FDS**

TO: (Name and address of Defendant)

DiGeronimo Associates, Ltd.
5 Apple Hill Road
Sturbridge, MA 01566-1223

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeff D. Bernarducci, Esq.
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                             7-26-05

CLERK _Sherry Jones_                           DATE

(By) DEPUTY CLERK

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 4, 2005 |
| NAME OF SERVER (PRINT) John F. Keogh | TITLE Constable as a Disinterested party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   In Hand to Mr Mike Gentile as an employee and Person in charge of DiGeronimo Associates, LTD
5 Apple Hill Rd
Sturbridge, MA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 75.00 | SERVICES 40.00 | TOTAL $115.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 4, 2005
              Date

*Signature of Server*

36 Georganna Street
Braintree, MA 02184

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.