UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

```
_____
FRANKLIN PIERCE COLLEGE                  )
     Plaintiff                           )
V.                                       )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC    )
AND DIGERONIMO ASSOCIATES, LTD           )
     Defendants/Third-Party Plaintiffs   )
                                         )
V.                                       )
H. E. CONTRACTING, INC.                  )
     Third-Party Defendant               )
_____)
```

LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates,

LTD. hereby certify in accordance with Local Rule 7.3 that there

are no parent corporations and/or any publicly held companies that

own ten percent or more of the Defendants/Third-Party Plaintiffs

DMA/DiGeronimo-Mikula  Associates,  LLC's  and  DiGeronimo

Associates, LTD.'s stock.

                         Respctfully Submitted,
                         DMA/DiGeronimo-Mikula Associates, LLC
                         And DiGeronimo Associates, LTD.

Dated: October 28, 2005  /s/Karl J. Gross, As Attorney
                         Karl J. Gross, Eqsuire
                         -BBO #553465
                         O'Reilly, Grosso & Gross, P.C.
                         1671 Worcester Road, Suite 205
                         Framingham, MA 01701-5400
                         Tel: 508-620-0055
                         Fax: 508-620-7655

**Certificate of Service**

I hereby certify that this Disclosure Statement was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

Conventionally served:
Will be served with Third-Party Summons and Answer and Third Party Complaint on Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451 and attorney Thomas J. Pappas, 670 Commercial Street, Suite 305, P.O. BOX 808, Manchester, MH 03105.

Dated: <u>October 28, 2005</u>    /s/Karl J. Gross
                                 Karl J. Gross, Eqsuire
                                 -BBO #553465
                                 O'Reilly, Grosso & Gross, P.C.
                                 1671 Worcester Road, Suite 205
                                 Framingham, MA 01701-5400
                                 Tel: 508-620-0055
                                 Fax: 508-620-7655