UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

---

FRANKLIN PIERCE COLLEGE                      )
    Plaintiff                            )
V.                                           )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC        )
AND DIGERONIMO ASSOCIATES, LTD               )
    Defendants/Third-Party Plaintiffs    )
                                             )
V.                                           )
H. E. CONTRACTING, INC.                      )
    Third-Party Defendant                )

---

**Defendants/Third-Party Plaintiffs DMA/Digeronimo Associates, Llc
And Digeronimo Associates, LTD's Motion For Entry Of Default
Against Third-Party Defendant H.E. Contracting, Inc.**

Now come the Defendants/Third-Party Plaintiffs
DMA/DiGeronimo-Mikula Associates, LLC and Digeronimo Associates,
LTD ("DMA") and hereby requests that default enter against the
Third-Party Defendant H.E. Contracting, Inc.  As grounds
therefore DMA states as follows:

1.  The Third-Party Complaint was served upon H.E.
    Contracting on November 9, 2005 as evidenced by the
    original Third-Party Summons with return of service which
    was filed with this court on November 18, 2005; and

2.  The Third-Party Plaintiffs state that more than 20 days
    has expired since the service of the Complaint on the
    Third-Party Defendant and that no answer or otherwise a
    responsive pleading has been filed in this case.

Wherefore, Defendants/Third-Party Plaintiffs DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD, respectfully request that this Court enter a default against the Third-Party Defendant H.E. Contracting, Inc.

Respectfully submitted,
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC,
and DIGERONIMO ASSOCIATES, LTD.

Dated: <u>December 2, 2005</u>    /s/Karl J. Gross
Karl J. Gross, Esquire
-BBO #553465
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel: 508-620-0055
Fax: 508-620-7655

<u>Certificate of Service</u>

I hereby certify that this Request For Entry of Default Against Third-Party Defendant H.E. Contracting, Inc. was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

Conventionally served:

Will be served on Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451 via first class mail.

Dated: <u>December 5, 2005</u>    /s/Karl J. Gross
Karl J. Gross, Esquire
-BBO #553465
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 205
Framingham, MA 01701-5400
Tel: 508-620-0055
Fax: 508-620-7655