UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Franklin Pierce College,**
      **Plaintiff,**,

      V.

**DMA/DiGeronimo-Mikula Associates, LLC** ,**and**

**DiGeronimo Associates, LTD.**
      **Defendants**,
      **Third Party Plaintiffs,**      CIVIL ACTION
                                           NO. 05- 40121-FDS

      V.

**H.E. Contracting, Inc.**
      **Third Party Defendant**,

## **NOTICE OF DEFAULT**

Upon application of the Third Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DeGeronimo Associates, LTD for an order of default for failure of the Third Party Defendant, H.E. Contracting, Inc., to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Third Party Defendant has been defaulted this 21st day of December 2005.

                                                     SARAH THORNTON, CLERK

                                                     By:  /s/ Martin Castles
                                                            Deputy Clerk