```
              UNITED STATES DISTRICT COURT
             FOR DISTRICT OF MASSACHUSETTS
                    CENTRAL DIVISION
                                           C.A. NO. 05-40121FDS
```

```
FRANKLIN PIERCE COLLEGE                        )
     Plaintiff                                 )
V.                                             )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC          )
AND DIGERONIMO ASSOCIATES, LTD                 )
     Defendants/Third-Party Plaintiffs         )
                                               )
V.                                             )
H. E. CONTRACTING, INC.                        )
     Third-Party Defendant                     )
                                               )
```

## CERTIFICATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 16.1 AND LOCAL RULE 16.1

The Defendants/Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD., and their counsel hereby certify and affirm that they have conferred:

(a)  with a view to establishing a budget for the cost of conducting the full course-and various alternative courses- of litigation; and

(b)  to consider the resolution of the litigation through the use of Alternative Resolution Dispute programs, such as those outlined in Local Rule 16.4.

The Defendants/Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD., and their counsel, having conferred as to the aforesaid offers the

1

attached Scheduling Conference Joint Statement which sets out their intentions therein.

The Defendants/Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD.

| | |
|---|---|
| /s/Joseph Digeronimo<br>By its Duly Authorized Representative | /s/Karl J. Gross<br>Karl J. Gross-BBO #553465<br>O'Reilly, Grosso & Gross, P.C.<br>1671 Worcester Road, Suite 205<br>Framingham, MA 01701-5400<br>TEL: 508-620-0055<br>FAX: 508-620-7655 |
| Dated: Jan 5, 2006 | Dated: January 6, 2006 |

## Certificate of Service

I hereby certify that this CERTIFICATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 16.1 AND LOCAL RULE 16.1 was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

Dated: <u>January 17, 2006</u>   /s/Karl J. Gross
                                        Karl J. Gross, Esquire
                                        -BBO #553465
                                        O'Reilly, Grosso & Gross, P.C.
                                        1671 Worcester Road, Suite 205
                                        Framingham, MA 01701-5400
                                        Tel: 508-620-0055
                                        Fax: 508-620-7655