UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

FRANKLIN PIERCE COLLEGE            )
    Plaintiff                     )
V.                                 )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC )
AND DIGERONIMO ASSOCIATES, LTD     )
    Defendants/Third-Party Plaintiffs )
                                  )
V.                                 )
H. E. CONTRACTING, INC.            )
    Third-Party Defendant         )
                                  )

**<u>Motion For Relief From Standing Order Regarding Motions For Default Judgment</u>**
**<u>And</u>**
**<u>Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc.</u>**

Now comes the Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD. ("DiGeronimo") and hereby moves this honorable court to enter default judgment against the Third-Party Defendant, H.E. Contracting, Inc. ("HEC") and requests that this court allow Relief from the Standing Order Regarding Default Judgment Forms, and allow Default Judgment to enter in the proposed form attached hereto. In support of this Motion, Third-Party Plaintiffs DiGeronimo attach the Affidavit of Counsel and the proposed Default Judgment hereto.

As grounds therefore, DiGeronimo states that the claims against the defaulting Third-Party Defendant H.E. Contracting,

Inc. are in the nature and the form of contribution and reimbursement for any such claims that may be determined as against DiGeronimo for the underlying claims of Franklin Pierce College.

Whereas, such claims as between Franklin Pierce and DiGeronimo have not been established or set as sum certain the proposed Default Judgment should reflect same.

WHEREFORE, Third-Party Plaintiffs, DiGeronimo request that this court enter default judgment against Third-Party Defendant H.E. Contracting, Inc. and that DiGeronimo be granted relief from the Standing Order to allow a Default Judgment to enter in the proposed modified form attached hereto.

                                  Respectfully submitted,
                                  DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC,
                                  and DIGERONIMO ASSOCIATES, LTD.

Dated: January 18, 2006    /s/Karl J. Gross
                                  Karl J. Gross, Esquire
                                  -BBO #553465
                                  O'Reilly, Grosso & Gross, P.C.
                                  1671 Worcester Road, Suite 205
                                  Framingham, MA 01701-5400
                                  Tel: 508-620-0055
                                  Fax: 508-620-7655

<u>Certificate of Service</u>

I hereby certify that this Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. and attached Affidavit of Counsel and Proposed Default Judgment Form was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116


Conventionally served:
Will be served on Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451 by first class mail, postage pre-paid.


Dated: <u>January 18, 2006</u>      /s/Karl J. Gross
                                    Karl J. Gross, Esquire
                                    -BBO #553465
                                    O'Reilly, Grosso & Gross, P.C.
                                    1671 Worcester Road, Suite 205
                                    Framingham, MA 01701-5400
                                    Tel: 508-620-0055
                                    Fax: 508-620-7655

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE | ) |
|     Plaintiff | ) |
| V. | ) |
| DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC | ) |
| AND DIGERONIMO ASSOCIATES, LTD | ) |
|     Defendants/Third-Party Plaintiffs | ) |
| | ) |
| V. | ) |
| H. E. CONTRACTING, INC. | ) |
|     Third-Party Defendant | ) |
| | ) |

**DEFAULT JUDGMENT**

Third-Party Defendant, H. E. Contracting, Inc. having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Third-Party Plaintiff and Affidavits demonstrating that the claims against the defaulting Third-Party Defendant H.E. Contracting, Inc. are in the nature and the form of contribution and reimbursement for any such claims that <u>may</u> be determined as against DiGeronimo for the underlying claims of Franklin Pierce College and that these claims have not been established or set as sum certain.

That Third-Party Defendant is not an infant or incompetent person or in the military service of the United States, and that Third-Party Plaintiff has incurred costs in the sum of $125.00.

1

It is hereby ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff recover from Third-Party Defendant an amount to be determined for contribution and reimbursement for any such claims that <u>may</u> be determined as against DiGeronimo for the underlying claims of Franklin Pierce College, with costs in the amount of $125.00, for a total judgment to be determined by resolution of the underlying claim, with interest as provided by law.

By the Court,

_____

Deputy Clerk

Dated: _____

<u>Certificate of Service</u>

I hereby certify that this Proposed Default Judgment Form was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116


Conventionally served:
Will be served on Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451 by first class mail, postage pre-paid.


Dated: <u>January 18, 2006</u>   /s/Karl J. Gross
                                Karl J. Gross, Esquire
                                -BBO #553465
                                O'Reilly, Grosso & Gross, P.C.
                                1671 Worcester Road, Suite 205
                                Framingham, MA 01701-5400
                                Tel: 508-620-0055
                                Fax: 508-620-7655

```
                   UNITED STATES DISTRICT COURT
                  FOR DISTRICT OF MASSACHUSETTS
                        CENTRAL DIVISION
                                                C.A. NO. 05-40121FDS
_____
FRANKLIN PIERCE COLLEGE                 )
     Plaintiff                          )
V.                                      )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC   )
AND DIGERONIMO ASSOCIATES, LTD          )
     Defendants/Third-Party Plaintiffs  )
                                        )
V.                                      )
H. E. CONTRACTING, INC.                 )
     Third-Party Defendant              )
                                        )
_____)
```

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR RELIEF FROM STANDING ORDER REGARDING MOTIONS FOR DEFAULT JUDGMENT AND MOTION FOR DEFAULT JUDGMENT**

I, Karl J. Gross based upon information and personal knowledge do hereby depose and state as follows:

1. I, Karl J. Gross, am the attorney of record in good standing in the Commonwealth of Massachusetts for the Defendants/Third Party Plaintiffs, DMA DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD. in the above captioned matter.

2. The Third-Party Defendant, H. E. Contracting, Inc. has failed to plead or otherwise defend in this action and its default was entered by this Court on December 21, 2005.

3. The Third-Party Defendant is not an infant or incompetent person or in the military service of the

       United States, but at present is a business with a usual address of 1 Hidden Creek Drive, Scarborough, Maine 04074-8451.

4. Third-Party Plaintiffs should recover from Third-Party Defendant an amount to be determined for contribution and reimbursement for any such claims that _may_ be determined as against DiGeronimo for the underlying claims of Franklin Pierce College.

5. Third-Party Plaintiffs have incurred costs in the sum of $125.00.

6. Third-Party Plaintiffs should recover from Third-Party Defendant an amount to be determined for contribution and reimbursement for any such claims that _may_ be determined as against DiGeronimo for the underlying claims of Franklin Pierce College, plus costs in the amount of $125.00, with interest as provided by law.

Signed under the pains and penalties of perjury this 18th day of January, 2006

    /s/Karl J. Gross
    Respectfully submitted,
    DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC,
    and DIGERONIMO ASSOCIATES, LTD.

Dated: <u>January 18, 2006</u>
    /s/Karl J. Gross
    Karl J. Gross, Esquire
    -BBO #553465
    O'Reilly, Grosso & Gross, P.C.
    1671 Worcester Road, Suite 205
    Framingham, MA 01701-5400
    Tel: 508-620-0055
    Fax: 508-620-7655

Certificate of Service

I hereby certify that this Affidavit of Counsel in Support of Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

Conventionally served:
Will be served on Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451 by first class mail, postage pre-paid.

Dated: January 18, 2006    /s/Karl J. Gross
                           Karl J. Gross, Esquire
                           -BBO #553465
                           O'Reilly, Grosso & Gross, P.C.
                           1671 Worcester Road, Suite 205
                           Framingham, MA 01701-5400
                           Tel: 508-620-0055
                           Fax: 508-620-7655