UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE,<br><br>        Plaintiff<br><br>v.<br><br>DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC , and DIGERONIMO ASSOCIATES, LTD<br><br>Defendants | CIVIL DOCKET # 05-40121-FDS |

**CERTIFICATE OF SERVICE**

    I, Jeff D. Bernarducci, counsel to Franklin Pierce College in the above-captioned matter, do hereby certify that on March 1, 2006, I served a copy of *Franklin Pierce's Motion for Leave to File First Amended Complaint* in the following manner:

by CM/ECF to:

Karl J. Gross                       kgross@ogglaw.com
                                        arosse@ogglaw.com

                                        */s/ Jeff D. Bernarducci*
                                        Stanley A. Martin, BBO #543957
                                        Jeff D. Bernarducci, BBO #657454
                                        HOLLAND & KNIGHT LLP
                                        10 St. James Avenue
                                        Boston, MA  02116
                                        (617) 523-2700

Dated:  March 1, 2006

                                                                                   # 3621084_v1
                                                                                   100372.00003