UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE,<br><br>  Plaintiff<br><br>v.<br><br>DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC , and DIGERONIMO ASSOCIATES, LTD<br><br>Defendants | CIVIL DOCKET # 05-40121-FDS |

**ADDENDUM TO FRANKLIN PIERCE'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT IN ORDER TO MAKE CERTIFICATION UNDER LOCAL RULE 7.1**

Plaintiff, Franklin Pierce College ("Franklin Pierce"), by way of undersigned counsel and in connection with its Motion For Leave To File First Amended Complaint (the "Motion"), hereby certifies as required under Local Rule 7.1 that counsel for all parties have conferred and have attempted in good faith to resolve or narrow the issue presented by the Motion. Franklin Pierce states while the conference occurred on March 3, 2006 – after the date the Motion was filed – said conference did not result in an opportunity for Franklin Pierce to withdraw its Motion. Accordingly, the Motion is properly before the Court at this time.

Respectfully submitted,

**FRANKLIN PIERCE COLLEGE**

By its attorneys,

**HOLLAND & KNIGHT LLP**

*/s/ Jeff D. Bernarducci*
Stanley A. Martin, BBO #543957
Jeff D. Bernarducci, BBO #657454
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:  March 3, 2006

# 3627736_v1