UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE,<br><br>      Plaintiff<br><br>v.<br><br>DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC , and DIGERONIMO ASSOCIATES, LTD<br><br>      Defendants | CIVIL DOCKET # 05-40121-FDS |

**CERTIFICATE OF SERVICE**

  I, Jeff D. Bernarducci, counsel to Franklin Pierce College in the above-captioned matter, do hereby certify that on March 17, 2006, I served a copy of *Franklin Pierce's First Amended Complaint* in the following manner:

by CM/ECF to:

Karl J. Gross      kgross@ogglaw.com
            arosse@ogglaw.com

                  */s/ Jeff D. Bernarducci*
                  Stanley A. Martin, BBO #543957
                  Jeff D. Bernarducci, BBO #657454
                  HOLLAND & KNIGHT LLP
                  10 St. James Avenue
                  Boston, MA  02116
                  (617) 523-2700

Dated: March 17, 2006

                          # 3621084_v1
                          100372.00003