```
                  UNITED STATES DISTRICT COURT
                 FOR DISTRICT OF MASSACHUSETTS
                        CENTRAL DIVISION
                                              C.A. NO. 05-40121FDS
_____
FRANKLIN PIERCE COLLEGE             )
     Plaintiff                      )
V.                                  )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC)
AND DIGERONIMO ASSOCIATES, LTD      )
     Defendants/Third-Party Plaintiffs )
                                    )
V.                                  )
H. E. CONTRACTING, INC.             )
     Third-Party Defendant          )
_____ )
```

**Defendants' Opposition to Plaintiff's Motion To Compel
Production of Documents and Responses to Interrogatories**

Now come the Defendants DMA/Digeronimo-Mikula Associates, LLC and Digeronimo Associates, Ltd. and hereby oppose the Plaintiff's Motion To Compel Documents and Responses to Interrogatories.  As grounds therefore, the Defendants state that they have already produced documents and are not in possession of any further documents responsive to the Plaintiff's Request.  Furthermore, they have adequately answered interrogatories requested of Defendant Digeronimo Associates, Ltd., since that entity is no longer in existence, was not functioning or participating in any matters pertaining to the Franklin Pierce College Project and has no relevant knowledge or information.

The Defendants offer the attached Affidavit of Joseph DiGeronimo in support of this Opposition.

1

WHEREFORE, the Defendants, DMA/Digeronimo-Mikula Associates, LLC And Digeronimo Associates, Ltd. requests that this court deny the Plaintiff's Motion To Compel The Defendants To Produce Documents And Answer Interrogatories.

Dated: June 19, 2006                    /s/Karl J. Gross
                                        Karl J. Gross, Esquire
                                        -BBO #553465
                                        O'Reilly, Grosso & Gross, P.C.
                                        1671 Worcester Road, Suite 205
                                        Framingham, MA 01701-5400
                                        Tel: 508-620-0055
                                        Fax: 508-620-7655

## Certificate of Service

I hereby certify that this Opposition To Plaintiff's Motion To Compel Production of Documents and Responses to Interrogatories with attached Exhibit 1-Affidavit of Joseph DiGeronimo and attached certificate of service were electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

Conventionally served:
Will be conventionally served on Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451

Dated: June 19, 2006        /s/Karl J. Gross
                            Karl J. Gross, Esquire
                            -BBO #553465
                            O'Reilly, Grosso & Gross, P.C.
                            1671 Worcester Road, Suite 205
                            Framingham, MA 01701-5400
                            Tel: 508-620-0055
                            Fax: 508-620-7655

```
                    UNITED STATES DISTRICT COURT
                   FOR DISTRICT OF MASSACHUSETTS
                          CENTRAL DIVISION
                                                    C.A. NO. 05-40121FDS
_____
FRANKLIN PIERCE COLLEGE                )
     Plaintiff                         )
V.                                     )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC  )
AND DIGERONIMO ASSOCIATES, LTD         )
     Defendants/Third-Party Plaintiffs )
                                       )
V.                                     )
H. E. CONTRACTING, INC.                )
     Third-Party Defendant             )
_____)
```

**Affidavit of Joseph Digeronimo in Opposition to Plaintiff's Motion To Compel Production of Documents and Responses to Interrogatories**

I, Joseph Digeronimo, for Defendants/Third-Party Plaintiffs DMA/Digeronimo-Mikula Associates, LLC And Digeronimo Associates, Ltd. based upon personal knowledge and information do depose and state as follows:

1. The insurance information relevant to this matter has been produced.

2. The hard drive on my computer where some records were kept crashed and I am unable to obtain any of those records now.

3. The only documents responsive to your Document Requests of December 8, 2005 were produced on January 31, 2006.

1

4. I have conducted a review and examination of office records and conclude that I am **not** in possession of any further documents or records responsive to your Document Requests of December 8, 2005.

5. Digeronimo Associates, Ltd. is an old company which has been inactive since DMA was instituted. Digeronimo Associates, Ltd. had no involvement, activity, and otherwise has no knowledge, information, documents or relevant connection with Franklin Pierce College Project.

Signed and sworn under the pains and penalties of perjury this 13th day of June, 2006.

```
                         /s/Joseph Digeronimo
                         Joseph Digeronimo
                         DMA/Digeronimo-Mikula Associates,
                         LLC And Digeronimo Associates,
                         Ltd.
```

2