```
                    UNITED STATES DISTRICT COURT
                   FOR DISTRICT OF MASSACHUSETTS
                          CENTRAL DIVISION
                                                C.A. NO. 05-40121FDS
```

```
FRANKLIN PIERCE COLLEGE                       )
     Plaintiff                                )
V.                                            )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC         )
AND DIGERONIMO ASSOCIATES, LTD                )
     Defendants/Third-Party Plaintiffs        )
                                              )
V.                                            )
H. E. CONTRACTING, INC.                       )
     Third-Party Defendant                    )
                                              )
```

**Renewed and Supplemental Motion**
**For Relief From Standing Order Regarding Motions For Default Judgment**
**And**
**Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc.**

Now come the Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD. ("DiGeronimo") and pursuant to the court's request at the hearing held on June 13, 2006 herein renews and supplements its Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. by providing the attached "Affidavit of Process Server". This Affidavit establishes satisfaction of service of process on the Third Party Defendant H.E. Contracting, Inc. of the Third Party

1

Complaint on November 9, 2005 by service on "Eric Lenardson" Clerk and Registered Agent.

This supplement and renewed Motion is intending to satisfy the court's request for clarification and establishment of proper service of process.

Accordingly, Third Party Plaintiffs respectfully request that this court enter the requested Default Judgment.

                        Respectfully submitted,
                        DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC,
                        and DIGERONIMO ASSOCIATES, LTD.

Dated: <u>June 22, 2006</u>    /s/Karl J. Gross
                        Karl J. Gross, Esquire
                        -BBO #553465
                        O'Reilly, Grosso & Gross, P.C.
                        1671 Worcester Road, Suite 205
                        Framingham, MA 01701-5400
                        Tel: 508-620-0055
                        Fax: 508-620-7655

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE | ) |
|     Plaintiff | ) |
| V. | ) |
| DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC | ) |
| AND DIGERONIMO ASSOCIATES, LTD | ) |
|     Defendants/Third-Party Plaintiffs | ) |
| | ) |
| V. | ) |
| H. E. CONTRACTING, INC. | ) |
|     Third-Party Defendant | ) |
| | ) |

**List of Attachments**
**to**

**Renewed and Supplemental Motion**
**For Relief From Standing Order Regarding Motions For Default Judgment**
**And**
**Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc.**


Attachment 1.   Affidavit of Process Server      2 Pages


                                          Respectfully submitted,
                                          DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC,
                                          and DIGERONIMO ASSOCIATES, LTD.

Dated: June 22, 2006       /s/Karl J. Gross
                                          Karl J. Gross, Esquire
                                          -BBO #553465
                                          O'Reilly, Grosso & Gross, P.C.
                                          1671 Worcester Road, Suite 205
                                          Framingham, MA 01701-5400
                                          Tel: 508-620-0055
                                          Fax: 508-620-7655

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE | ) |
|     Plaintiff | ) |
| V. | ) |
| DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC | ) |
| AND DIGERONIMO ASSOCIATES, LTD | ) |
|     Defendants/Third-Party Plaintiffs | ) |
| | ) |
| V. | ) |
| H. E. CONTRACTING, INC. | ) |
|     Third-Party Defendant | ) |

<u>Certificate of Service</u>

I hereby certify that this Renewed and Supplemental Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. and attached list of attachments, listing the Affidavit of Process Server (filed in supplement to the Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. and Affidavit of Counsel and Proposed Default Judgment Form filed with this court on January 18, 2006) was electronically forwarded to all counsel of record on this date. Electronically filed through ECF to:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

Due to technical difficulties with our scanner the above referenced "Affidavit of Process Server" will be conventionally filed by first class mail with the court and conventionally served on:

Attorneys For Plaintiff: Stanley A. Martin and Jeff D. Bernarducci, Holland & Knight LLP, 10 St. James Avenue, Boston 02116

4

Conventionally served:
The Renewed and Supplemental Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. and attached list of attachments, with attached Affidavit of Process Server (filed in supplement to the Motion For Relief From Standing Order Regarding Motions For Default Judgment And Third-Party Plaintiffs' Motion For Default Judgment against Third-Party Defendant H.E. Contracting, Inc. and Affidavit of Counsel and Proposed Default Judgment Form filed with this court on January 18, 2006) will be served on:
Third Party Defendant H.E. Contracting, Inc. at 1 Hidden Creek Drive, Scarborough, Maine 04074-8451 by first class mail, postage pre-paid.

Dated: June 22, 2006        /s/Karl J. Gross
                            Karl J. Gross, Esquire
                            -BBO #553465
                            O'Reilly, Grosso & Gross, P.C.
                            1671 Worcester Road, Suite 205
                            Framingham, MA 01701-5400
                            Tel: 508-620-0055
                            Fax: 508-620-7655