UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FRANKLIN PIERCE COLLEGE,

                Plaintiff

v.

DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC, and DIGERONIMO ASSOCIATES, LTD.

                Defendants.

CIVIL DOCKET # 05-40121-FDS

**JOINT MOTION TO AMEND SCHEDULING ORDER**

      Plaintiff, Franklin Pierce College, and Defendants, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD (collectively, the "Parties") hereby move this Court to amend the current Scheduling Order by extending all remaining dates thereunder by **three months**. More particularly, the Parties seek an Order from the Court adopting the following changes:

| **CURRENT:** *January 13, 2006 Scheduling Order, as amended by the Court on June 13, 2006.* | **PROPOSED CHANGES:** |
|---|---|
| All fact discovery (including non-expert depositions) completed by **9/21/06**. | All fact discovery (including non-expert depositions) completed by **12/22/06**. |
| All expert witness disclosure under Fed. R. Civ. P. 26(a)(2) by **11/14/06**. | All expert witness disclosure under Fed. R. Civ. P. 26(a)(2) by **2/14/07**. |
| All expert depositions completed by **12/30/06**. | All expert depositions completed by **3/30/07**. |
| All dispositive motions filed by **2/5/07** (oppositions to dispositive motions must be filed within 18 days after service of motion). | All dispositive motions filed by **5/8/07** (oppositions to dispositive motions must be filed within 18 days after service of motion). |
| Pretrial Conference **4/13/07**. | Pretrial Conference **7/13/07**. |

As grounds for its Motion, the Parties state as follows:

1.  Written discovery is complete[1] and the first of approximately three depositions have begun. The Parties have and continue to execute discovery with the required diligence. Only scheduling conflicts preclude completion under the current timeline.

2.  The Parties also anticipate that the contemplated depositions will help to clarify and narrow important fact issues in this case and thereby promote settlement opportunities. Thus, allowing additional time for these depositions will likely promote judicial economy.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court allow this Motion and Order changes to the current case tracking as outlined above.

Respectfully submitted,

| | |
|---|---|
| **DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC , and DIGERONIMO ASSOCIATES, LTD.** | **FRANKLIN PIERCE COLLEGE** |
| By its attorneys, | By its attorneys, |
| **O'REILLY, GROSSO & GROSS, P.C.** | **HOLLAND & KNIGHT LLP** |
| */s/ Karl J. Gross* <br> Karl J. Gross, Esq. <br> 1671 Worcester Road, Suite 205 <br> Framingham, MA  01701-5400 <br> (508) 620-0055 | */s/ Jeff D. Bernarducci* <br> Stanley A. Martin, BBO #543957 <br> Jeff D. Bernarducci, BBO #657454 <br> 10 St. James Avenue <br> Boston, MA  02116 <br> (617) 523-2700 |

Dated:  August 10, 2006

# 3957469_v1
100372.00003

---

[1] Subject to this Court's ruling on the Franklin Pierce's Motion to Compel now pending before the Court.

2