UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE,<br><br>                Plaintiff<br><br>v.<br><br>DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC, and DIGERONIMO ASSOCIATES, LTD<br><br>                Defendants | CIVIL DOCKET # 05-40121-FDS |

**CERTIFICATE OF SERVICE**

      I, Jeff D. Bernarducci, counsel to Franklin Pierce College in the above-captioned matter, do hereby certify that on August 10, 2006, I served a copy of a *Joint Motion to Amend Scheduling Order* in the following manner:

by CM/ECF to:

Karl J. Gross                      kgross@ogglaw.com
                                            arosse@ogglaw.com

                                                */s/ Jeff D. Bernarducci*
                                                Stanley A. Martin, BBO #543957
                                                Jeff D. Bernarducci, BBO #657454
                                                HOLLAND & KNIGHT LLP
                                                10 St. James Avenue
                                                Boston, MA  02116
                                                (617) 523-2700

Dated:  August 10, 2006

# 3957606_v1
100372.00003