UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **FRANKLIN PIERCE COLLEGE,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **DMA / DIGERONIMO-MIKULA** ) <br> **ASSOCIATES, LLC and DIGERONIMO** ) <br> **ASSOCIATES, LTD,** ) <br> ) <br> **Defendants / Third-Party** ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **H.E. CONTRACTING, INC.,** ) <br> ) <br> **Third-Party Defendant.** ) <br> ) | **Civil Action No.** <br> **05-40121-FDS** |

### MEMORANDUM AND ORDER ON PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

**SAYLOR, J.**

Plaintiff Franklin Pierce College has moved, pursuant to Fed. R. Civ. P. 37(a), for an order compelling defendants DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, Ltd., to produce additional documents and provide further interrogatory responses. Defendants have opposed the motion and have submitted an affidavit of Joseph DiGeronimo stating, in substance, that the disputed documents do not exist or cannot be located, and that defendants have no further information responsive to the interrogatories.

Based on that representation, the motion will be denied, without prejudice to its renewal should it appear that the representations in the DiGeronimo affidavit are untrue or incomplete or

under such other circumstances as may be just.

**So Ordered.**

                                              /s/ F. Dennis Saylor

Dated: January 30, 2007              F. Dennis Saylor IV
                                                United States District Judge