UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>DMA / DIGERONIMO-MIKULA ASSOCIATES, LLC and DIGERONIMO ASSOCIATES, LTD,<br><br>    Defendants / Third-Party Plaintiffs,<br><br>    v.<br><br>H.E. CONTRACTING, INC.,<br><br>    Third-Party Defendant. | Civil Action No.<br>05-40121-FDS |

### ORDER ON DEFENDANTS' / THIRD-PARTY PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT

**SAYLOR, J.**

Defendants/third-party plaintiffs DMA / DiGeronimo-Mikula Associates, LLC ("DMA") and DiGeronimo Associates, Ltd. ("DA"), have moved for entry of a default judgment against third-party defendant H.E. Contracting, Inc. H.E. Contracting was served with process and failed to appear and defend. A default was entered by the clerk under Fed. R. Civ. P. 55(a) on December 21, 2005.

The First Amended Complaint in this action seeks recovery against DMA and DA for professional negligence, breach of contract, and negligent representation. The third-party complaint filed by DMA and DA against H.E. Contracting seeks contribution and

"reimbursement" (presumably, common-law indemnity) as to any damages that may be awarded to Franklin Pierce against DMA or DA.

There does not appear to be a risk of inconsistent judgments under the circumstances. *Compare Frow v. De La Vega*, 82 U.S. 552, 554 (1872); *see also* Fed. R. Civ. P. 54(b). Furthermore, the Court finds that H.E. Contracting is not an infant or incompetent person or in the military service of the United States.

The Court therefore grants the motion for default judgment. If DMA and/or DA are found liable to plaintiff, they will be entitled to recover against H.E. Contracting on theories of contribution and/or indemnity, plus costs in the amount of $125.00, with interest as provided by law. However, the existence of any liability of defendants DMA and DA to plaintiff Franklin Pierce College has not been established, nor the amount of any such liability. Accordingly, the Court will defer the actual entry of judgment on the third-party complaint until such time, if any, as a judgment enters against defendants DMA and/or DA in this matter.

**So Ordered.**

|  |  |
|---|---|
|  | /s/ F. Dennis Saylor |
|  | F. Dennis Saylor IV |
| Dated: January 30, 2007 | United States District Judge |