UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

FRANKLIN PIERCE COLLEGE,

                Plaintiff

v.

DMA/DIGERONIMO-MIKULA ASSOCIATES,
LLC , and DIGERONIMO ASSOCIATES,
LTD.

                Defendants.

CIVIL DOCKET # 05-40121-FDS

## JOINT MOTION TO EXTEND 30 DAY ORDER OF DISMISSAL

Plaintiff, Franklin Pierce College, and Defendants, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD (collectively, the "Parties") hereby move this Court to Extend the current 30-Day Order of Dismissal for another 30 days to April 7, 2007. As grounds therefore the parties state as follows:

1.  The parties are working on exchanging the Settlement Agreement and disbursement of the Settlement Check.
2.  The parties should have the signed Settlement Agreement and Settlement check finalized within the next 30 days.

WHEREFORE, the parties request that this court Extend the current 30-Day Order of Dismissal to April 7, 2007.

Respectfully submitted,

**DMA/DIGERONIMO-MIKULA**
**ASSOCIATES, LLC , and**
**DIGERONIMO ASSOCIATES, LTD.**
By its attorneys,

**O'REILLY, GROSSO & GROSS, P.C.**

/s/ Karl J. Gross
Karl J. Gross, Esq. BBO# 553465
1671 Worcester Road, Suite 205
Framingham, MA  01701-5400
(508) 620-0055

Dated:  March 9, 2007

**FRANKLIN PIERCE COLLEGE**
By its attorneys,

**HOLLAND & KNIGHT LLP**

/s/ Jeff D. Bernarducci
Stanley A. Martin, BBO #543957
Jeff D. Bernarducci, BBO #657454
10 St. James Avenue
Boston, MA  02116
(617) 523-2700