UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

C.A. NO. 05-40121FDS

_____
FRANKLIN PIERCE COLLEGE                    )
    Plaintiff                              )
V.                                         )
DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC      )
AND DIGERONIMO ASSOCIATES, LTD             )
    Defendants/Third-Party Plaintiffs      )
                                           )
V.                                         )
H. E. CONTRACTING, INC.                    )
    Third-Party Defendant                  )
_____)

**Stipulation of Dismissal only as to Franklin Pierce College and DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD. AND Voluntary Dismissal Only As To Third-Party Defendant, H.E. Contracting, Inc.**

Now come the Plaintiff, Franklin Pierce College and Defendants/Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD. and hereby stipulate that the above captioned action be dismissed with prejudice and without attorney's fees and costs and all rights of appeal are waived.

The Third-Party Plaintiffs, DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD. also hereby voluntarily dismiss the above-captioned as to the Third-Party Defendant, H.E. Contracting, Inc. with prejudice and without costs.

The Third-Party Plaintiff further states that the Third Party Defendant has not served an Answer or Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| **DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC , and DIGERONIMO ASSOCIATES, LTD.** By its attorneys, **O'REILLY, GROSSO & GROSS, P.C.** | **FRANKLIN PIERCE COLLEGE** By its attorneys, **HOLLAND & KNIGHT LLP** |
| /s/ Karl J. Gross Karl J. Gross, Esq. BBO# 553465 1671 Worcester Road, Suite 205 Framingham, MA  01701-5400 (508) 620-0055 | /s/ Jeff D. Bernarducci Stanley A. Martin, BBO #543957 Jeff D. Bernarducci, BBO #657454 10 St. James Avenue Boston, MA  02116 (617) 523-2700 |

Dated:  April 2, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| FRANKLIN PIERCE COLLEGE,<br><br>          Plaintiff<br><br>v.<br><br>DMA/DIGERONIMO-MIKULA ASSOCIATES, LLC, and DIGERONIMO ASSOCIATES, LTD<br><br>          Defendants | CIVIL DOCKET # 05-40121-FDS |

## CERTIFICATE OF SERVICE

    I, Jeff D. Bernarducci, counsel to Franklin Pierce College in the above-captioned matter, do hereby certify that on April 2, 2007, I served a copy of *Stipulation of Dismissal only as to Franklin Pierce College and DMA/DiGeronimo-Mikula Associates, LLC and DiGeronimo Associates, LTD and Voluntary Dismissal only as to Third-Party Defendant H. E. Contracting, Inc.* in the following manner:

by CM/ECF to:

Karl J. Gross            kgross@ogglaw.com
                              arosse@ogglaw.com

                                               */s/ Jeff D. Bernarducci*
                                               Stanley A. Martin, BBO #543957
                                               Jeff D. Bernarducci, BBO #657454
                                               HOLLAND & KNIGHT LLP
                                               10 St. James Avenue
                                               Boston, MA 02116
                                               (617) 523-2700

Dated: April 2, 2007

# 3621084_v1
100372.00003